**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re  MetroPak Systems, Inc.                             Case No.   09-45761-dml-7

                                                          Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $180,307.84 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $31,615.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $338,984.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 13 | $180,307.84 | $370,599.78 | |

B6A (Official Form 6A) (12/07)

In re  MetroPak Systems, Inc.  Case No. 09-45761-dml-7
                                              (If known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest In Property | | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

In re **MetroPak Systems, Inc.**            Case No. <u>09-45761-dml-7</u>
                                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Star Bank of Texas<br>3930 Boat Club Rd.<br>Fort Worth, TX 76135<br>Account No. 8014655<br><br>Bank of America<br>Account # 488000619835<br>Operating Account<br><br>Star Bank of Texas<br>3930 Boat Club Rd.<br>Fort Worth, TX 76135<br>Account No. 801455801<br><br>Bank of Texas<br>Account No. 41004280 | $18,118.30<br><br><br><br>$11,037.28<br><br><br><br>$179.95<br><br><br><br><br>$60.31 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |

In re **MetroPak Systems, Inc.**          Case No. <u>09-45761-dml-7</u>
                                                                                                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Global Packaging, Inc. | $15,891.61 |
| | | Trade Accounts Receivable | $42,645.39 |

In re **MetroPak Systems, Inc.**  Case No. **09-45761-dml-7**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **MetroPak Systems, Inc.**          Case No. **09-45761-dml-7**
                                                                                                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and furnishings | $375.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Leased Forklift | $5,000.00 |
| | | Leased Camera Equipment | $1,000.00 |
| 30. Inventory. | | Packing Supplies | $200.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Claim against Geannie Navarro | | $84,000.00 |
| | | Possible refund from FDA for overpayment of license fee | | $1,800.00 |

                                  **4** continuation sheets attached    **Total >**    **$180,307.84**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **MetroPak Systems, Inc.**  Case No. **09-45761-dml-7**
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>PV Capital, Ltd.<br>1020 Macon Street, Suite 14<br>Fort Worth, TX 76102 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Blanket Lien**<br>COLLATERAL:<br>**Personal Property**<br>REMARKS:<br><br>VALUE: $0.00 | X | X | X | $0.00 | |
| ACCT #:<br><br>Star Bank of Texas<br>3930 Boat Club Rd.<br>Fort Worth, TX 76135 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Blanket Lien**<br>COLLATERAL:<br>**Personal property and accounts**<br>REMARKS:<br><br>VALUE: $43,020.00 | | | | $26,003.67 | |
| ACCT #:<br><br>Tarrant County Tax Assessor /Collector<br>100 E. Weatherford<br>Fort Worth, TX 76196-0301 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**2008 Taxes**<br>COLLATERAL:<br>**Personal Property**<br>REMARKS:<br><br>VALUE: $375.00 | | | | $5,611.91 | $5,236.91 |
| ACCT #:<br><br>Tarrant County Tax Assessor /Collector<br>100 E. Weatherford<br>Fort Worth, TX 76196-0301 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**2009 Taxes**<br>COLLATERAL:<br>**Personal Property**<br>REMARKS:<br><br>VALUE: $0.00 | | | | Unknown | Unknown |
| | | Subtotal (Total of this Page) > | | | | $31,615.58 | $5,236.91 |
| | | Total (Use only on last page) > | | | | $31,615.58 | $5,236.91 |

**No** continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **MetroPak Systems, Inc.**             Case No. **09-45761-dml-7**

(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

    **No**     continuation sheets attached

B6F (Official Form 6F) (12/07)
In re **MetroPak Systems, Inc.**        Case No. __09-45761-dml-7__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxxxx-x3004<br>American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | Unknown |
| ACCT #: xxxxxxxxxxxx2658<br>Home Depot Credit Services<br>PO Box 6029<br>The Lakes, NV 88901-6029 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $3,538.92 |
| ACCT #:<br>Jeff Davis<br>2325 Misltetoe Dr.<br>Fort Worth, TX 76110 | | DATE INCURRED:<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $35,000.00 |
| ACCT #: 83<br>Luxor Staffing Inc.<br>1420 Valwood Parkway #175<br>Carrollton, TX 75006 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $103,998.33 |
| ACCT #: xxx2103<br>Marlin Leasing<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | Unknown |
| ACCT #:<br>NMHG Financial Services, Inc.<br>10 Riverview Dr.<br>Danbury, CT 06810 | | DATE INCURRED:<br>CONSIDERATION:<br>Forklift<br>REMARKS: | | | | $11,500.00 |
| | | | | | Subtotal > | $154,037.25 |
| | | | | | Total > | |

___2___ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> Nordson Corporation <br> PO Box 802586 <br> Chicago, IL 60680-2586 | | DATE INCURRED: <br> CONSIDERATION: Equipment <br> REMARKS: | | | | $16,505.26 |
| ACCT #: 4679 <br> One Staffing Solutions <br> Dept. #302 <br> PO Box 4869 <br> Houston, TX 77210-4869 | | DATE INCURRED: <br> CONSIDERATION: Trade Debt <br> REMARKS: | | | | $33,000.00 |
| ACCT #: <br> PDQ Temporaries, Inc. <br> 704 Hunters Row Ct. <br> Mansfield, TX 76063 | | DATE INCURRED: <br> CONSIDERATION: Workers' Lien <br> REMARKS: | X | X | X | $118,814.32 |
| ACCT #: xxxxxx2-001 <br> Pitney Bowes, Inc. <br> Global Financial Services <br> PO Box 856460 <br> Louisville, KY 40285-6460 | | DATE INCURRED: <br> CONSIDERATION: Trade Debt <br> REMARKS: | | | | $1,653.71 |
| ACCT #: DALxxx0937; 3807; 7412; 9077 <br> Staples Business Advantage <br> Dept. DAL 3362 <br> PO Box 83689 <br> Chicago, IL 60696 | | DATE INCURRED: <br> CONSIDERATION: Trade Debt <br> REMARKS: | | | | $1,731.45 |
| ACCT #: xxxxx2350 <br> T-Mobile <br> PO Box 660252 <br> Dallas, TX 75266 | | DATE INCURRED: <br> CONSIDERATION: Trade Debt <br> REMARKS: | | | | $1,264.33 |

Sheet no. ___1___ of ___2___ continuation sheets attached to                                    Subtotal >    $172,969.07
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                                Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **MetroPak Systems, Inc.**  Case No. **09-45761-dml-7**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>U.S.Bank<br>PO Box 790448<br>St. Louis, MO 63179-0448 | | DATE INCURRED:<br>CONSIDERATION:<br>**Camera Equipment Lease**<br>REMARKS: | | | | $5,343.78 |
| ACCT #: xx6059<br>Unifirst Holdings, Inc.<br>PO Box 7580<br>Haltom City, TX 76111 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,214.11 |
| ACCT #: xxx9590<br>XO Communications<br>14242 Collections Center Dr.<br>Chicago, IL 60693-0142 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,419.99 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to  Subtotal > $11,977.88
Schedule of Creditors Holding Unsecured Nonpriority Claims
Total > $338,984.20
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **MetroPak Systems, Inc.**            Case No. **09-45761-dml-7**
                                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Global Packaging System**<br>3501 BiWay St.<br>Fort Worth, TX 76114 | Sale and Assumption Agreement - Glue Machine |
| **MTP Realty, LLC**<br>501 McDonnell School Rd.<br>Colleyville, TX 76034-6536 | Office Lease |
| **NMHG Financial Services, Inc.**<br>10 Riverview Drive<br>Danbury, CT 06810 | Forklift Lease |
| **U.S. Bank**<br>PO Box 790448<br>St. Louis, MO 63179-0448 | Camera Equipment Lease |
| **UniFirst Holdings, Inc.**<br>f/k/a UniFirst Holdings, LP<br>c/o Jackson Walker LLP<br>301 Commerce St., Suite 2400<br>Fort Worth, TX 76102 | Customer Service Agreement |

B6H (Official Form 6H) (12/07)
In re **MetroPak Systems, Inc.**                                    Case No. __09-45761-dml-7__
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael R. Musgrove**<br>3501 BiWay St.<br>Fort Worth, TX 76114 | **Star Bank of Texas**<br>3930 Boat Club Rd.<br>Fort Worth, TX 76135 |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re MetroPak Systems, Inc.       Case No. 09-45761-dml-7
                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____President_____ of the _____Corporation_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___14___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date 10/01/2008                    Signature _____
                                             Eric Musgrove
                                             President

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*